**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DAVID BRIAN MORGAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-35-R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Before the Court is a Report and Recommendation [Doc. No. 7] issued by United States Magistrate Judge Amanda L. Maxfield wherein she recommends this action be dismissed without prejudice for failure to comply with the Court's prior orders. In response, Petitioner filed an untimely "Notice" [Doc. No. 8]. The Notice does not assert a specific objection to the issues addressed in the Report and does not present any persuasive argument or authority that would cause this Court to reject Judge Maxfield's conclusions. In fact, having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs with Judge Maxfield's recommendation.

Therefore, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 7] in its entirety. Petitioner's Motion to Alter or Amend [Doc. No. 5] is denied as moot and this action is dismissed without prejudice.[1]

---

[1] Just prior to Petitioner initiating this action, the Court imposed filing restrictions on Petitioner in Case No. CIV-25-1472. Petitioner is reminded that he must comply with those filing restrictions in any future action.

1

IT IS SO ORDERED this 19th day of March, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE